**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
William A. Brenner, Esq. - SBN 207682
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TIMKO, as Conservator of JOSEPHINE REILLY<br><br>Plaintiff,<br><br>vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and DOES 1 to 10,<br><br>Defendant. | CASE NO. 2:05-cv-2182 MCE KJM<br><br>[Solano County Superior Court Case No.FCS026566]<br><br>**STIPULATION AND ORDER PERMITTING DEFENDANT TO FILE AN AMENDED ANSWER TO THE COMPLAINT**<br><br>Assigned to: The Honorable Morrison C. England, Jr. |

IT IS HEREBY STIPULATED, by and between the parties to the above entitled action, by and through their attorneys of record, that Defendant Conseco Senior Health Insurance Company may file an Amended Answer to plaintiff's complaint, which Amended Answer is concurrently filed hereto, amending the ninth affirmative defense, which recites that plaintiff's action is barred by various stated statute of limitations, to add one additional section, California Code of Civil Procedure, Section 335.1., so that the affirmative defense will state: "The complaint is barred, in whole or in part, by the

/ / /

/ / /

///

Law Offices
Marc J. Wodin

1

1  Statute of Limitations contained in California <u>Code of Civil Procedure</u>, Sections 335.1,
2  337, 338, 339 and/or 340."
3  DATED: March   , 2006           LAW OFFICES OF JOHN A. DeRONDE, Jr.
4
5                                  By_____
                                        /s/ JOHN A. DeRONDE, Jr.
6                                   Attorneys for Plaintiff MARY TIMKO, as
                                    Conservator of JOSEPHINE REILLY
7
8  DATED: March   , 2006           LAW OFFICES OF MARC J. WODIN
9
10                                 By_____
                                        /s/ MARC J. WODIN
11                                  Attorneys for Defendant CONSECO SENIOR
                                    HEALTH INSURANCE COMPANY
12
13                                 **ORDER**
14      IT IS ORDERED THAT :
15      1.   Defendant Conseco Senior Health Insurance Company may file an
16  Amended Answer to plaintiff's complaint, amending the ninth affirmative defense, which
17  recites that plaintiff's action is barred by various stated statute of limitations, to add one
18  additional section, <u>California Code of Civil Procedure</u>, Section 335.1;
19      2.   Defendant Conseco Senior Health Insurance Company's Amended
20  Answer, which was concurrently attached hereto, is hereby deemed filed and served;
21      3.   Defendant shall file and serve the Amended Answer on the date this order is
22           filed.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Law Offices
Marc J. Wodin

1    4.   Defendant Conseco Senior Health Insurance Company's Motion to
2 Amend Answer to Add Statute Citation in Affirmative Defense, noticed to be heard on
3 April 3, 2006 at 9:00 a.m. in Courtroom 3 of this court, is hereby deemed MOOT.
4 DATED: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE