1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 MARY TIMKO, as Conservator      No. 2:05-cv-2182-MCE-KJM
   of JOSEPHINE REILLY,
12
              Plaintiff,
13
       v.                          **ORDER RE: SETTLEMENT AND**
14                                 **DISPOSITION**
   CONSECO SENIOR HEALTH
15 INSURANCE COMPANY and
   DOES 1 to 10,
16
              Defendants.
17 _____/

18      Pursuant to the representations of the attorney for

19 Defendant, the Court has determined that this case is settled.

20      In accordance with the provisions of Local Rule 16-160,

21 dispositional documents are to be filed on or before September 1,

22 2006.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4  IT IS SO ORDERED.
5 DATED: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE