**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
William A. Brenner, Esq. - SBN 207682
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494

Attorneys for Defendant CONSECO SENIOR HEALTH INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TIMKO, as Conservator of JOSEPHINE REILLY )<br>)<br>        Plaintiff, )<br>)<br>    vs. )<br>)<br>CONSECO SENIOR HEALTH INSURANCE COMPANY and DOES 1 to 10, )<br>)<br>        Defendant. )<br>_____ ) | CASE NO. 2:05-cv-2182 MCE KJM<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Assigned to: The Honorable Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:   August 15, 2006                 /s/ JOHN. A. DeRONDE, Jr.
                                         LAW OFFICES OF JOHN A. DeRONDE
                                         attorneys for Plaintiff MARY TIMKO, as
                                         Conservator of JOSEPHINE REILLY

DATED:   August 28, 2006                 /s/ MARC J. WODIN
                                         LAW OFFICES OF MARC J. WODIN
                                         attorneys for Defendant CONSECO SENIOR
                                         HEALTH INSURANCE COMPANY

---

1
STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

1 **ORDER**

2 It is hereby ORDERED that this action is dismissed in its entirety with
3 prejudice.
4 DATE: August 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE